66. Punitive damages[1] in the amount of $3,000,000.00.

67. Pre and Post-judgment interest.

68. The costs of litigation, including reasonable attorney's fees and expert witness fees.

69. Such other relief that may be just.

## JURY DEMAND

70. Plaintiff demands a trial by jury.

Respectfully submitted,

/s/

Jimmy A. Bell, Esq.
Law Offices of Jimmy A. Bell, P.C.
P.O. Box 639
Oxon Hill, MD 20750
Tel.: (301) 661-1165
Fax: (301) 298-5194
Bar # MD 14639

/s/

J. Wiggs, Esq.
The Wiggs Law Group, LLC
9701 Apollo Drive
Suite 301
Upper Marlboro, MD 20774
240-326-3711